**Dismissed and Memorandum Opinion filed December 2, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00716-CV

### SANDRA GALAVIZ, Appellant

### V.

### JUAN GALAVIZ, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1050339**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 26, 2014. The notice of appeal was filed August 28, 2014. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent). The trial court sustained the contest to appellant's affidavit of indigence. *See* Tex. R. App. P. 20.1.

On October 16, 2014, this court ordered appellant to pay the appellate filing fee on or before October 30, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.